In the United States District Court

For the ___Southern___ District of ___West Virginia___
(State)

_____ Division

Name: Robert Smith )
)
Prison ID #: 07859-027 )
)
Name: _____ )
)
Prison ID #: _____ )
)
Name: _____ )
)
Prison ID #: _____ )
)
☐ Check here if there are additional )
Plaintiffs--use separate sheet to )
list each person. DO NOT USE ET AL. )
)
vs. )
)
Name: Marty Anderson (Warden) )
)
Name: *Blankenship (PH)* )
)
Name: _____ )
)
Name: _____ )
)
☐ Check here if there are additional )
Defendants--use separate sheet to )
list each person. DO NOT USE ET AL. )

FILED
MAY 13 2005
TERESA L. DEPPNER, CLERK
[illegible]
[illegible] District of W[est Virginia]

Civil Action #: _____

(To be assigned by the Clerk's
Office. Do not write in this blank.)

## Complaint for the Violation of Civil Rights
## Under 42 U.S.C. § 1983

I. **Previous Lawsuits**

   A. Have you or any of the other plaintiffs listed above filed any other
      lawsuits in the United States District Courts and/or any state courts?

      ☐ Yes          ☒ No

   B. If you answered YES to Question A, list the following information:

      ☐ Check here if more than one lawsuit has been filed and list them on
        additional sheets

Page _1_ of ___

1. Parties to previous lawsuit:

   Plaintiffs: _____N/A_____

   _____

   Defendants: _____

   _____

2. In what Court did you file the previous lawsuit?

   _____N/A_____
   (If Federal Court, name the District; if State Court, name the county.)

3. Case Number of the previous lawsuit: __N/A_____

4. Name of judge to whom the case was assigned: __N/A_____

5. Date previous lawsuit was filed: ___/___/____ (List at least the year.)

6. What was the disposition or result of the previous lawsuit? (for example, was it dismissed, appealed, or still pending)

   _____N/A_____

7. When was previous lawsuit decided: ___/___/____ (List at least the year.)

8. Did the previous lawsuit involve the same facts or circumstances that you are now alleging in the lawsuit you are now submitting?

   ☐ Yes          ☐ No

II. Place of Plaintiff(s)'s current confinement:

   A. Name of prison or jail in which you are currently incarcerated:

   _____

   B. Are the facts of your lawsuit related to your confinement in your present prison or jail?

   ☒ Yes          ☐ No

   C. If you answered NO to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

   _____

Page ___ of ___

D. Did you present these facts to the prison authorities through the prisoner grievance procedure?

☒ Yes ☐ No

E. If you answered Yes to question D:

1. What steps did you take: BP 8  BP 9  BP 10

2. What was result: Denied

F. If you answered No to question D, explain why not: ____

III. Parties to this Lawsuit

A. Plaintiff(s) bring this lawsuit:

1. Name of Plaintiff: Robert Smith

   Prison ID #: 07859-027

   Address, include name of instituion: PO Box 350
   Beaver, WV 25813 Beckley Correctional Institution

2. Name of Plaintiff: ____
   Prison ID #: ____
   Address, include name of institution: ____

3. Name of Plaintiff: ____
   Prison ID #: ____
   Address, include name of institution: ____

☐ Check here if there are additional plaintiffs and list them on additional sheet of paper.

Page ___ of ___

B. Defendants against whom you are filing this lawsuit:
For each defendant, check whether you are naming the defendant is his or her individual and/or official capacity.

1. Name of Defendant: Blankenship P.A.

   Place of Employment: Medical Dept. Beckley F.C.I.

   Address of Defendant: PO Box 350

   Beaver, WV 25813

   Named in an official capacity?   [x] Yes   [ ] No
   Named in an individual capacity? [ ] Yes   [ ] No

2. Name of Defendant: Marty Anderson

   Place of Employment: Beckley Correction Center

   Address of Defendant: P.O. Box 350 Beaver WVA 25813

   Named in an official capacity?   [x] Yes   [ ] No
   Named in an individual capacity? [ ] Yes   [ ] No

3. Name of Defendant: _____

   Place of Employment: _____

   Address of Defendant: _____

   Named in an official capacity?   [ ] Yes   [ ] No
   Named in an individual capacity? [ ] Yes   [ ] No

[ ] Check here if there are more then 3 defendants. You must list each and every defendant. If you do not list the name of a defendant, he or she will not be included in the lawsuit. If you do not list the place of employment and address the clerk will not be able to serve that defendant. Use addition sheets of paper to list more then 3 defendants.

IV. Statement of your claim

State as briefly as possibly all the <u>facts</u> of your case. Recite the dates when any incidents or events occurred, and the places where they took place. Describe how each defendant is involved. Also include the names of other persons involved and the dates and places of their involvement.

Page ___ of ___

If you set forth more then one claim, number each one, and use a separate paragraph for each one.

On 1-13-05 I informed medical dept. employee Blankenship that I was allergic to the PPD shot, for Tuberculosis. Blankenship advised me that if I refused the PPd shot, that I would be placed in segregation indefinite if I refused this shot. I informed Blankenship "again" that I was allergic to this shot, and showed him my left arm that was damaged at Logon state prison in Illonis, from the PPD shot. I also informed Blankenship that I could take an x-ray that would detect if I had T.B. Blankenship kept insisting that I "had" to take this shop or be put in segregation. Not wanting to be placed in segregation, I complied with Blankenship's order, and he shot me in my right arm with PPD. Immediately I started having swelling in my arm from the shot and has again left a very damaging and nasty looking scar on my arm also, that is permanent and about 2" inches in diameter, from me being "forced" to take the shot.

Page ___ of ___

V. Relief requested: List what you want the court to do; list what relief you seek against each defendant:

A. __Punitive Damages $300,000.00__

B. __Compensatory Damages $200,000.00__

C. _____

D. _____

E. _____

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __25__ day of __April__, 20__05__.

Signature: _____

Prison ID #: __07859-027__

Address: __PO Box 350__

__Beaver, WV 25813__

Signature: _____

Prison ID #: _____

Address: _____

_____

Signature: _____

Prison ID #: _____

Address: _____

☐ Check here is additional signatures are included on an additional sheet of paper.

**All plaintiffs must sign complaint.**

Page ___ of ___